UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOURDES SPICER,

          Plaintiff,

-against-

FERNO-WASHINGTON, INC.,

          Defendant.

CV-05-4298

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 30 2006 ★
BROOKLYN OFFICE

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that the action between PLAINTIFF, LOURDES SPICER and DEFENDANT, FERNO-WASHINGTON, INC., its affiliates, subsidiaries, predecessors, successors and insurers, and all those that were claimed, or might have been claimed, against in this Action, is hereby discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
          April 24, 2006

_____
David A. Rubino, Esq.
HARRIS BEACH, LLP
805 Third Avenue, 20th Floor
New York, New York 10022
Attorneys for Defendant
FERNO-WASHINGTON, INC.

_____
John Dalli, Esq.
DALLI & MARINO, LLP
231 Mineola Blvd
Mineola NY 11501
Attorneys for Plaintiff

So Ordered: _____
Honorable Frederic Block   APPLICATION GRANTED.
                                        SO ORDERED.

                                        s/David G. Trager    5/24/06
                                        David G. Trager
                                        United States District Judge